IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LEE E. FELDER, | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | CIVIL NO. AMD 07-997 |
| | : | |
| CORDELL BASS, | : | |
|     Defendant | : | |

...o0o...

MEMORANDUM OPINION

Plaintiff Lee E. Felder, a disabled United States Army veteran, acting pro se, filed this lawsuit (against an employee of the United States Department of Veterans' Affairs) in an apparent effort to require the Secretary of the Department to cease paying his veteran's benefits to a fiduciary and, instead, to pay the benefits directly to plaintiff. Defendant, represented by the Office of the United States Attorney, has filed a motion to dismiss for lack of jurisdiction, and Felder has filed his response. The court agrees with defendant that jurisdiction over Felder's claim lies with the Court of Appeals for Veterans' Claims. *See Judkins v. Veterans' Administration*, 415 F.Supp.2d 613, 616-17 (E.D.N.C. 2005). Accordingly, the motion to dismiss shall be granted. An Order follows.


Filed: July 9, 2007

                                                         /s/
                                        ANDRE M. DAVIS
                                        UNITED STATES DISTRICT JUDGE